Irvin A. Williams, Appellant, v. Theodore A. Page and Kate McCullam Page, His Wife, Respondents.— Judgment affirmed, with costs. All concurred.

Theresa Steffan, Respondent, v. Anthony C. Steffan, Appellant.— Judgment and order affirmed, with costs. All concurred.

John J. Stephens and Others, Respondents, v. The New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

The People of the State of New York ex rel. Erie Railroad Company, Respondent, v. The Board of Supervisors of the County of Erie, Appellant.— Order affirmed, with costs, on the authority of *People ex rel. New York Central, etc., Co. v. Matthias* (84 App. Div. 122). All concurred, except Williams, J., who dissented.

The People's Bank of Buffalo, Respondent, v. Phoebe W. Hedley, Appellant, Impleaded with Charles Wesley, as Trustee of George H. Hedley, a Bankrupt, and George H. Hedley.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry Bradley, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

J. Howard Mark, Appellant, v. William Fritsch and Albert Krippendorf, Respondents.— Judgment and order affirmed, with costs. All concurred.

Washington H. Ransom, Respondent, v. Elizabeth Devlin and Ella M. Devlin, Appellants.— Judgment and order affirmed, with costs. All concurred.

James H. Weston, Respondent, v. International Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., not sitting.

Union Trust Company of Rochester, Appellant, v. Harry P. Sickels, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Union Trust Company of Rochester, Appellant, v. John N. Rauber, Respondent.— Motion for leave to appeal to Court of Appeals denied.

Union Trust Company of Rochester, Appellant, v. Thomas R. Finucane, Respondent.— Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Appointment of Two Trustees of the City and County Hall for the Use of the City of Buffalo and County of Erie in Place of Wadsworth J. Zittel and Henry C. Steul, Whose Terms of Office Expire May 4, 1908.—Wadsworth J. Zittel and Henry C. Steul appointed trustees, each for the term of six years from May 4, 1908.